

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00338-CV

---

In re Genesis Fong, Relator

---

An Original Proceeding in Mandamus

---

## JUDGMENT

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Annabell Perez of the 41st District Court of El Paso County, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED this 30th day of December 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.